# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JONATHAN ANDREW RASCO, Defendant. | CR 22-45-BLG-SPW  ORDER |
|---|---|

Upon the United States Motion to Dismiss Indictment Without Prejudice (Doc. 35), and for good cause shown,

**IT IS HEREBY ORDERED** that the indictment is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the trial set for January 3, 2023 is **VACATED.**

**IT IS FURTHER ORDERED** that the Defendant, Johnathan Andrew Rasco, is released from the custody of the U.S. Marshalls Service.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of December, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge